```
                    United States Bankruptcy Court
                     Middle District of Pennsylvania
```

In re:                                                    Case No. 12-06864-RNO
Joseph A. Rogers, Jr.                                     Chapter 13
Bonnie Rogers
       Debtors
                          **CERTIFICATE OF NOTICE**

District/off: 0314-1      User: AGarner      Page 1 of 2           Date Rcvd: Aug 10, 2017
                         Form ID: 3180W      Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2017.
```
db/jdb      +Joseph A. Rogers, Jr.,   Bonnie Rogers,   1550 Jug Road,   Dover, PA 17315-2037
cr          +Pennsylvania Central Federal Credit Union,   959 East Park Drive,   Harrisburg, PA 17111-2894
4231464     +AES/PHEAA,   PO BOX 8183,   HARRISBURG, PA 17105-8183
4243425     +AES/PHEAA,   Po Box 8147,   Harrisburg, PA 17105-8147
4223310     +AES/PNC/NATL,   1200 North Seventh Street,   Harrisburg, PA 17102-1419
4223314     +Client Services, Inc.,   3451 Harry S. Truman Boulevard,   St. Charles, MO 63301-9816
4223316     +Dutch Heating,   615 West Market Street,   York, PA 17401-3790
4223317     +Estate Information Services, LLC DB,   EIS Collections,   PO Box 1730,
             Reynoldsburg, OH 43068-8730
4223318     +FMA Alliance, LTD,   12339 Cutten Road,   Houston, TX 77066-1807
4290669     +M&T Bank,   80 Holtz Drive,   Cheektowaga, NY 14225-1470
4223322     +Metris Bank,   C/O Northland Group, Inc.,   PO Box 390846,   Minneapolis, MN 55439-0846
4223324     +PA Central Federal Credit Union,   959 East Park Drive,   Harrisburg, PA 17111-2894
4232793     +Pennsylvania Central Federal Credit Union,   959 E Park Drive,   Harrisburg, PA 17111-2894
4235056     +STERLING JEWELERS DBA KAY JEWELERS,   PO BOX 93784,   CLEVELAND, OH 44101-5784
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4223313      EDI: CBCSI.COM Aug 10 2017 18:58:00      CBCS,   PO Box 163250,   Columbus, OH 43216-3250
4223311      E-mail/Text: cms-bk@cms-collect.com Aug 10 2017 18:53:35      Capital Management Services, LP,
             726 Exchange Street, Suite 700,   Buffalo, NY 14210-1464
4223312      EDI: RMSC.COM Aug 10 2017 18:58:00      Care Credit,   PO Box 965036,   Orlando, FL 32896-5036
4223315      EDI: DISCOVER.COM Aug 10 2017 18:58:00      Discover Bank,   PO Box 15316,
             Wilmington, DE  19850
4225720      EDI: DISCOVER.COM Aug 10 2017 18:58:00      Discover Bank,   DB Servicing Corporation,
             PO Box 3025,   New Albany, OH  43054-3025
4276346      EDI: ECMC.COM Aug 10 2017 18:58:00      ECMC,   P. O. Box 75906,   St. Paul, MN 55175
4223319     +E-mail/Text: ebnsterling@weltman.com Aug 10 2017 18:53:36      Kay Jewelers,   375 Ghent Road,
             Fairlawn, OH 44333-4600
4223320     +EDI: RMSC.COM Aug 10 2017 18:58:00      Lowe's,   PO Box 965005,   Orlando, FL 32896-5005
4223321      E-mail/Text: camanagement@mtb.com Aug 10 2017 18:53:35      M & T Bank,   PO Box 62182,
             Baltimore, MD  21264
4277241      E-mail/Text: camanagement@mtb.com Aug 10 2017 18:53:35      M&T Bank,   P.O. Box 1288,
             Buffalo, NY 14240
4223323     +EDI: RMSC.COM Aug 10 2017 18:58:00      Old Navy,   PO Box 530942,   Atlanta, GA 30353-0942
4285553      EDI: PRA.COM Aug 10 2017 18:58:00      Portfolio Recovery Associates, LLC,   PO Box 12914,
             Norfolk VA 23541
4240335      EDI: Q3G.COM Aug 10 2017 18:58:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
             PO Box 788,   Kirkland, WA  98083-0788
                                                                                    TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +AES/PHEAA,   PO BOX 8147,   HARRISBURG, PA 17105-8147
cr*          ECMC,   P O Box 75906,   St. Paul, MN  55175
                                                                      TOTALS: 0, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor   M&T Bank ASwartz@mwc-law.com,  ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor   M&T Bank ecfmail@mwc-law.com
              Charles J. DeHart, III (Trustee)    TWecf@pamd13trustee.com,  dehartstaff@pamd13trustee.com
              Jackie J DeArmond    on behalf of Debtor Joseph A. Rogers, Jr. bernadette.dearmondlaw@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Jackie J DeArmond   on behalf of Joint Debtor Bonnie  Rogers bernadette.dearmondlaw@gmail.com
              James  Warmbrodt   on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              James  Warmbrodt   on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Karina  Velter   on behalf of Creditor    Sterling Jewelers Inc. dba Kay Jewelers
               amps@manleydeas.com
              Keith B DeArmond   on behalf of Joint Debtor Bonnie  Rogers general.dearmondlaw@gmail.com,
               Gl0924@notify.cincompass.com
              Keith B DeArmond   on behalf of Debtor Joseph A. Rogers, Jr. general.dearmondlaw@gmail.com,
               Gl0924@notify.cincompass.com
              Tracy Lynn Updike   on behalf of Creditor    Pennsylvania Central Federal Credit Union
               tupdike@ssbc-law.com,  ssollenberger@ssbc-law.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                                  TOTAL: 12

**Information to identify the case:**

| | | Social Security number or ITIN | xxx–xx–1926 |
|---|---|---|---|
| Debtor 1 | **Joseph A. Rogers Jr.** | | |
| | First Name    Middle Name    Last Name | EIN    _ _ – _ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | **Bonnie Rogers** | Social Security number or ITIN | xxx–xx–4118 |
| | First Name    Middle Name    Last Name | EIN    _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | | |
| Case number:  **1:12–bk–06864–RNO** | | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joseph A. Rogers Jr.

Bonnie Rogers

**By the court:**

_Rbrt N. Opel II_

August 10, 2017

Honorable Robert N. Opel
United States Bankruptcy Judge

By: AGarner, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 1:12-bk-06864-RNO   Doc 47   Filed 08/12/17   Entered 08/13/17 00:41:17   Desc
Imaged Certificate of Notice   Page 4 of 4