```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                Case No. 12-06864-RNO
Joseph A. Rogers, Jr.                                                 Chapter 13
Bonnie Rogers
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: AGarner              Page 1 of 1              Date Rcvd: Oct 18, 2017
                               Form ID: fnldec            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
db/jdb         +Joseph A. Rogers, Jr.,   Bonnie Rogers,   1550 Jug Road,   Dover, PA 17315-2037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    M&T Bank ASwartz@mwc-law.com, ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Jackie J DeArmond    on behalf of Debtor 2 Bonnie  Rogers bernadette.dearmondlaw@gmail.com
              Jackie J DeArmond    on behalf of Debtor 1 Joseph A. Rogers, Jr. bernadette.dearmondlaw@gmail.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Karina  Velter    on behalf of Creditor    Sterling Jewelers Inc. dba Kay Jewelers
               amps@manleydeas.com
              Keith B DeArmond    on behalf of Debtor 2 Bonnie  Rogers general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Debtor 1 Joseph A. Rogers, Jr. general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Tracy Lynn Updike    on behalf of Creditor    Pennsylvania Central Federal Credit Union
               tupdike@ssbc-law.com, ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 12

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Joseph A. Rogers Jr.<br>1550 Jug Road<br>Dover, PA 17315 | Chapter 13<br>Case No. 1:12−bk−06864−RNO |
| Bonnie Rogers<br>1550 Jug Road<br>Dover, PA 17315 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−1926
xxx−xx−4118

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  October 18, 2017                    By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel
United States Bankruptcy Judge
By: AGarner, Deputy Clerk